

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| GREGORY BOUDETTE,<br><br>Plaintiff,<br><br>vs.<br><br>SETH WENZEL, BRANDON HARRIS, TONY CORDOVA, BROADWATER COUNTY SHERIFF'S OFFICE, and CITY OF TOWNSEND,<br><br>Defendants. | CV 16–15–H–DLC–JCL<br><br>ORDER |

Pursuant to the Parties' Joint Stipulation for Dismissal (Doc. 39),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees.

Dated this 11th day of September, 2017.

Dana L. Christensen, Chief Judge
United States District Court

1